E.D.N.Y.-N.Y.C.
10-cv-4496
Garaufis, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of December, two thousand fifteen.

Present:
>Ralph K. Winter,
>Richard C. Wesley
>Christopher F. Droney,
>>*Circuit Judges*.

---

United States of America, *et al.*,

>*Plaintiffs-Appellees*,

v.            15-1672

American Express Company, *et al.*,

>*Defendants-Appellants*.

---

Pending decision in *United States v. Am. Express Co.*, No. 15-1672, the Court on its own motion hereby orders a temporary stay of the Order of the United States District Court for the Eastern District of New York dated April 30, 2015 entering a Permanent Injunction as to the American Express Defendants in *United States v. Am. Express Co.*, No. 10-cv-4496 (NGG) (RER). *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). The Court further orders a temporary stay in the District Court of any and all matters related to this litigation.

>FOR THE COURT:
>Catherine O'Hagan Wolfe, Clerk

